# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IDRIS BRADY, | ) | NO. CV 11-2083 DMG (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| FRANK X. CHAVEZ, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 15, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE